**This order is SIGNED.**



**Dated: August 22, 2019**

R. KIMBALL MOSIER
U.S. Bankruptcy Judge



*rdr*

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF UTAH

| In re:<br><br>ROYCE L. MONSON,<br><br>Debtor. | Bankruptcy Number: 19-26119<br><br>Chapter 13<br><br>Hon. R. Kimball Mosier |
|---|---|

## ORDER TO SHOW CAUSE

Debtor Royce L. Monson filed the above-captioned case on August 21, 2019 at 8:48 a.m. The Debtor has filed four previous voluntary petitions in this District (14-26918, 10-30094, 10-24628, and 10-23889), all of which were dismissed shortly after they were filed for failure to pay either the filing fee or the initial plan payment. In this case, the Debtor lists his address as 11041 North 5730 West, Highland, UT 84003. That property is the subject of a motion for relief filed in the case of Marilyn R. Monson, 19-24954, which was scheduled for hearing on August 21, 2019 at 10:00 a.m. Ms. Monson objected to that motion.

Since the Debtor and Ms. Monson appear to live at the same address, the Court suspects that Ms. Monson and the Debtor may have planned for the Debtor to file this case shortly before the hearing on the motion for relief in Ms. Monson's case to have the automatic stay of 11 U.S.C.

§ 362(a) apply to the Highland property in the event that the Court granted the motion for relief on August 21. The Court considers such use of the Bankruptcy Code—i.e., filing one case in an attempt to vitiate a ruling in another—to be for an improper purpose and therefore sanctionable under Fed. R. Bankr. P. 9011.

Pursuant to its authority under Fed. R. Bankr. P. 9011(c)(1)(B) and 11 U.S.C. § 105(a), the Court hereby **ORDERS:**

1. Royce L. Monson must appear before this Court on **September 4, 2019 at 1:00 p.m.** and show cause why he should not be sanctioned for filing this case. The hearing will take place in Courtroom 369 of the Frank E. Moss U.S. Courthouse, 350 South Main Street, Salt Lake City, UT. **Failure to appear at this hearing will result in imposition of sanctions against Royce L. Monson, including, but not limited to, dismissal of this case.**

_____END OF DOCUMENT_____

_____ooo0ooo_____

## DESIGNATION OF PARTIES TO RECEIVE NOTICE

Service of the foregoing **ORDER TO SHOW CAUSE** shall be served to the parties and in the manner designated below.

**By Electronic Service:** I certify that the parties of record in this case as identified below, are registered CM/ECF users:

| | |
|---|---|
| Lon Jenkins | ecfmail@ch13ut.org, lneebling@ch13ut.org |
| U.S. Trustee | USTPRegion19.SK.ECF@usdoj.gov |

**By U.S. Mail:** In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

Royce L Monson
11041 North 5730 West
Highland, UT 84003